# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-5169**

**September Term, 2022**

**1:21-cv-03380-UNA**

**Filed On:** October 6, 2022

Louis A. Banks, parent of DB,

        Appellant

    v.

United States Department of Justice, et al.,

        Appellees

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:** Pillard and Rao, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed May 12, 2022 be affirmed. Appellant has not shown the district court abused its discretion in denying leave to file the document in a closed case. See Berry v. District of Columbia, 833 F.3d 1031, 1037 n.24 (D.C. Cir. 1987).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
            Daniel J. Reidy
            Deputy Clerk